# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAPPA ALPHA THETA FRATERNITY, INC.; KAPPA KAPPA GAMMA FRATERNITY; SIGMA CHI; SIGMA ALPHA EPSILON; SIGMA ALPHA EPSILON—MASSACHUSETTS GAMMA; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3, <br><br> Plaintiffs, <br><br> v. <br><br> HARVARD UNIVERSITY; PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendants. | Civil Action No. 18-cv-12485 |

## STIPULATED ORDER REGARDING ANONYMITY FOR THE JOHN DOES

Pursuant to Federal Rule of Civil Procedure 5.2(e), Local Rule 83.6.11, and the Parties' Stipulated Protective Order (Dkt. 51), for good cause shown, and subject specifically to the provisions of Local Rule 7, Plaintiffs' unopposed motion to permit John Doe 1 and John Doe 2 to proceed using pseudonyms is **GRANTED**.

Pursuant to this Order and the Parties' Stipulated Protective Order:

1. Defendants and third parties **SHALL NOT** have access to John Doe 1 and John Doe 2's identities other than as set forth in the Parties' Stipulated Protective Order (Dkt. 51).

2. Any nonparty who is informed of John Doe 1 and John Doe 2's identity **SHALL** be provided a copy of this Order and the Stipulated Protective Order by the disclosing party.

3. If any party files a document in the public record that names or contains other personal information from which a person could identify John Doe 1 or John Doe 2 as such, the filing party **SHALL** redact such personal identifiers consistent with this Order.

4. This Order shall remain in effect throughout the pendency of this action, unless and until it is amended by this Court *sua sponte* or the motion of any party.

BY THE COURT

_____
Nathaniel M. Gorton, U.S.D.J.

Date: April 27, 2020