IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAPPA ALPHA THETA FRATERNITY, INC.; KAPPA KAPPA GAMMA FRATERNITY; SIGMA CHI; SIGMA ALPHA EPSILON; SIGMA ALPHA EPSILON—MASSACHUSETTS GAMMA; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3, <br><br> Plaintiffs, <br><br> v. <br><br> HARVARD UNIVERSITY; PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), <br><br> Defendant. | Civil Action No. 18-cv-12485 |

**PLAINTIFFS' NOTICE OF INTENT TO FILE OPPOSITION TO
<u>HARVARD'S MOTION TO DISMISS AS MOOT</u>**

Plaintiffs submit this notice to advise the Court that they will file, within 14 days under Local Rule 7.1(b)(2), a written opposition to Harvard's motion to dismiss this case as moot, which Harvard filed last evening. Dkt.59. For multiple reasons Plaintiffs will explain in their opposition, this case is not moot and Plaintiffs are entitled to judicial relief from Harvard's years-long unlawful discriminatory misconduct.[1]

---

[1] Plaintiffs would have informed Harvard of their opposition earlier, but Harvard's counsel did not confer with Plaintiffs' counsel before filing the motion to dismiss. Harvard's counsel first contacted Plaintiffs' counsel about Harvard's rescission of the Sanctions Policy and its forthcoming motion to dismiss, via a voicemail and an email, less than an hour before filing the motion last evening, giving Plaintiffs' counsel no reasonable opportunity to respond. The letter and spirit of Rule 7.1(a)(2) require more. For example, before filing Plaintiffs' motion for preliminary or permanent injunction yesterday afternoon, Plaintiffs' counsel notified Harvard's counsel via email and a phone call on June 16, thirteen days before filing the motion.

Dated:  June 30, 2020                    Respectfully submitted,

                            **ARNOLD & PORTER**
                              **KAYE SCHOLER LLP**

By: */s/ R. Stanton Jones*
    R. Stanton Jones (*pro hac vice*)
    John A. Freedman (BBO # 629778)
    Andrew T. Tutt (*pro hac vice*)
    Jayce Born (*pro hac vice*)
    601 Massachusetts Ave., NW
    Washington, DC 20001
    (202) 942-5000
    stanton.jones@arnoldporter.com
    john.freedman@arnoldporter.com
    andrew.tutt@arnoldporter.com
    jayce.born@arnoldporter.com

    Sara L. Shudofsky (*pro hac vice*)
    Ada Añon (*pro hac vice*)
    250 West 55th Street
    New York, NY 10019
    (212) 836-8000
    sara.shudofsky@arnoldporter.com
    ada.anon@arnoldporter.com

    *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

      */s/ R. Stanton Jones*
      R. Stanton Jones
      601 Massachusetts Ave. NW
      Washington, DC 20001
      (202) 942-5000
      stanton.jones@arnoldporter.com