# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KAPPA ALPHA THETA FRATERNITY, INC.; KAPPA KAPPA GAMMA FRATERNITY; SIGMA CHI; SIGMA ALPHA EPSILON; SIGMA ALPHA EPSILON—MASSACHUSETTS GAMMA; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3, | Civil Action No. 18-cv-12485 |
| Plaintiffs, |  |
| v. |  |
| HARVARD UNIVERSITY; PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), |  |
| Defendant. |  |

## PARTIES' JOINT NOTICE OF SETTLEMENT AND
## REQUEST TO HOLD PENDING DISPOSITIVE MOTIONS IN ABEYANCE

In light of the Parties' expectation that this case will soon be voluntarily dismissed on the basis of a settlement, the Parties jointly request that the Court hold in abeyance their pending dispositive motions—specifically, Plaintiffs' motion for preliminary or permanent injunction (Dkt. 57), and Defendant Harvard's motion to dismiss the case as moot (Dkt. 59).

1

Dated: August 21, 2020

/s/ R. Stanton Jones
R. Stanton Jones (*pro hac vice*)
John A. Freedman (BBO # 629778)
Andrew T. Tutt (*pro hac vice*)
Jayce Born (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
stanton.jones@arnoldporter.com
john.freedman@arnoldporter.com
andrew.tutt@arnoldporter.com
jayce.born@arnoldporter.com

Sara L. Shudofsky (*pro hac vice*)
Ada Añon (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-8000
sara.shudofsky@arnoldporter.com
ada.anon@arnoldporter.com

*Counsel for Plaintiffs*

Respectfully submitted,

/s/ Roberto M. Braceras
Roberto M. Braceras (BBO# 566816)
Roberto M. Braceras (BBO# 566816)
Michael K. Murray (BBO# 563804)
Edwina B. Clarke (BBO# 699702)
Martin C. Topol (BBO# 696020)
Andrew S. McDonough (BBO# 698612)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000
Fax.: +1 617 523 1231
Email: rbraceras@goodwinlaw.com
mmurray@goodwinlaw.com
eclarke@goodwinlaw.com
mtopol@goodwinlaw.com
amcdonough@goodwinlaw.com

William M. Jay (*pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street NW
Washington, DC 20036
Tel.: +1 202 346 4000
Fax.: +1 202 346 4444
E-mail: wjay@goodwinlaw.com

*Counsel for Defendant President and Fellows of Harvard College*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

      */s/ R. Stanton Jones*
      R. Stanton Jones
      601 Massachusetts Ave. NW
      Washington, DC 20001
      (202) 942-5000
      stanton.jones@arnoldporter.com