**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| KAPPA ALPHA THETA FRATERNITY, INC.; KAPPA KAPPA GAMMA FRATERNITY; SIGMA CHI; SIGMA ALPHA EPSILON; SIGMA ALPHA EPSILON—MASSACHUSETTS GAMMA; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3, | Civil Action No. 18-cv-12485 |
| Plaintiffs, |  |
| v. |  |
| HARVARD UNIVERSITY; PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), |  |
| Defendant. |  |

**PARTIES' JOINT STATUS REPORT REGARDING SETTLEMENT**

Per the Court's October 2, 2020 directive, the Parties jointly submit this status report to inform the Court that the Parties have fully executed a settlement agreement resolving this case. The Parties will file a stipulation of dismissal with prejudice no later than 35 days from now, and likely sooner, pursuant to terms of the settlement agreement.

Dated:  October 9, 2020                                             Respectfully submitted,

/s/ R. Stanton Jones                               /s/ Roberto M. Braceras
R. Stanton Jones (*pro hac vice*)                  Roberto M. Braceras (BBO# 566816)
John A. Freedman (BBO # 629778)                    Michael K. Murray (BBO# 563804)
Andrew T. Tutt (*pro hac vice*)                    Edwina B. Clarke (BBO# 699702)
Jayce Born  (*pro hac vice*)                       Andrew S. McDonough (BBO# 698612)
ARNOLD & PORTER KAYE SCHOLER LLP                   GOODWIN PROCTER LLP
601 Massachusetts Ave., NW                         100 Northern Avenue
Washington, DC 20001                               Boston, Massachusetts 02210
(202) 942-5000                                     Tel.: +1 617 570 1000
stanton.jones@arnoldporter.com                     Fax.: +1 617 523 1231
john.freedman@arnoldporter.com                     Email: rbraceras@goodwinlaw.com
andrew.tutt@arnoldporter.com                       mmurray@goodwinlaw.com
jayce.born@arnoldporter.com                        eclarke@goodwinlaw.com
                                                   amcdonough@goodwinlaw.com

Sara L. Shudofsky (*pro hac vice*)
Ada Añon (*pro hac vice*)                          William M. Jay (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP                   GOODWIN PROCTER LLP
250 West 55th Street                               1900 N Street NW
New York, NY 10019                                 Washington, DC 20036
(212) 836-8000                                     Tel.: +1 202 346 4000
sara.shudofsky@arnoldporter.com                    Fax.: +1 202 346 4444
ada.anon@arnoldporter.com                          E-mail: wjay@goodwinlaw.com

*Counsel for Plaintiffs*                           *Counsel for Defendant President and*
                                                   *Fellows of Harvard College*

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

            */s/ R. Stanton Jones*
            R. Stanton Jones
            601 Massachusetts Ave. NW
            Washington, DC 20001
            (202) 942-5000
            stanton.jones@arnoldporter.com