**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| KAPPA ALPHA THETA FRATERNITY, INC.; KAPPA KAPPA GAMMA FRATERNITY; SIGMA CHI; SIGMA ALPHA EPSILON; SIGMA ALPHA EPSILON—MASSACHUSETTS GAMMA; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3, | : : : : : : : : Civil Action No. 18-cv-12485 |
| Plaintiffs, | : |
| v. | : |
| HARVARD UNIVERSITY; PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION), | : : : |
| Defendant. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties herein hereby stipulate to the dismissal of this action, with prejudice and with each party waiving all rights of appeal and the right to recover the award of costs or attorney's fees from the court.

Dated: October 20, 2020                                    Respectfully submitted,

/s/ R. Stanton Jones                                       /s/ Roberto M. Braceras
R. Stanton Jones (*pro hac vice*)                          Roberto M. Braceras (BBO# 566816)
John A. Freedman (BBO # 629778)                            Michael K. Murray (BBO# 563804)
Andrew T. Tutt (*pro hac vice*)                            Edwina B. Clarke (BBO# 699702)
Jayce Born (*pro hac vice*)                                Andrew S. McDonough (BBO# 698612)
ARNOLD & PORTER KAYE SCHOLER LLP                           GOODWIN PROCTER LLP
601 Massachusetts Ave., NW                                 100 Northern Avenue
Washington, DC 20001                                       Boston, Massachusetts 02210
(202) 942-5000                                             Tel.: +1 617 570 1000
stanton.jones@arnoldporter.com                             Fax.: +1 617 523 1231
john.freedman@arnoldporter.com                             Email: rbraceras@goodwinlaw.com
andrew.tutt@arnoldporter.com                               mmurray@goodwinlaw.com
jayce.born@arnoldporter.com                                eclarke@goodwinlaw.com
                                                           amcdonough@goodwinlaw.com

Sara L. Shudofsky (*pro hac vice*)
Ada Añon (*pro hac vice*)                                  William M. Jay (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP                           GOODWIN PROCTER LLP
250 West 55th Street                                       1900 N Street NW
New York, NY 10019                                         Washington, DC 20036
(212) 836-8000                                             Tel.: +1 202 346 4000
sara.shudofsky@arnoldporter.com                            Fax.: +1 202 346 4444
ada.anon@arnoldporter.com                                  E-mail: wjay@goodwinlaw.com

*Counsel for Plaintiffs*                                   *Counsel for Defendant President and*
                                                           *Fellows of Harvard College*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

      */s/ R. Stanton Jones*
R. Stanton Jones
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-5000
stanton.jones@arnoldporter.com